## KIMPLE et v WILLEMS et

Ohio Appeals, 6th Dist, Lucas County

No 2175. Decided Feb 25, 1929

Joseph A. Robie, Toledo, for Kimple.
Marion W. Bacome, Toledo, for Willems.

RICHARDS, J.

The trial court committed prejudicial error in dismissing the plaintiff's petition. The evidence offered shows that judgment was taken for more than was due, and was ample to justify an entry suspending judgment. The plaintiffs should have been permitted to file their answers in the original case where the issues sought to be made can be tried.

The judgment is therefore reversed and the cause remanded for further proceedings.

Williams and Lloyd, JJ, concur.